PD-0645-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/28/2015 2:40:31 PM
Accepted 5/28/2015 4:38:42 PM
ABEL ACOSTA
CLERK

# NO._____

# IN THE
# COURT OF CRIMINAL APPEALS
# FOR THE STATE OF TEXAS

## DAVID SNEED
**Appellant**
**V.**

## STATE OF TEXAS
**Appellee**

Appeal from the 52nd Judicial District Court of Coryell County, Texas
Trial Court Cause Number FAM 13-21634
and Cause Number 10-14-00207 in the Tenth Court of Appeals for the State of Texas

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**LAW OFFICE OF STAN SCHWIEGER**
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com

FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK

**DAVID SNEED**, Appellant, moves for an extension of time which to file Appellant's Petition for Discretionary Review. *See* TEX. R. APP. P. 68.2(c).

## I.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A.   **The deadline for filing the Petition for Discretionary Review**. TEX. R. APP. P. 10.5(b)(1)(A):   June 8, 2015.

B.   **The length of the extension sought**. TEX. R. APP. P. 10.5(b)(1)(B): Thirty (30) days to July 8, 2015.

C.   **The facts relied upon to reasonably explain the need for the extension**. TEX. R. APP. P. 10.5(b)(1)(C):

During the pendency of the filing of this Petition, counsel has conducted one felony jury trial, has prepared for several other felony jury trials, and has two felony priority settings in the month of June 2015. In addition, counsel has filed several briefs in both state and federal appellate courts. Furthermore, counsel has several briefs that are due in the courts of appeal and petitions for discretionary review in early June to this Honorable Court.

D.   **The number of previous extensions granted regarding the item in question**. TEX. R. APP. P. 10.5(b)(1)(D):   None.

## II.

This motion is not being filed for purposes of delay, but so that counsel has adequate time to properly prepare the Petition for Discretionary Review in this matter.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

/s/ Stan Schwieger

Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
wacocrimatty@yahoo.com
State Bar No. 17880500

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was delivered to the Coryell County District Attorney's Office on June 5, 2015 by this Court's electronic filing system.

/s/ Stan Schwieger

Stan Schwieger